■ SALVATORE BRUCCULERI, Respondent, v METRO-NORTH COMMUTER RAILROAD COMPANY, Appellant.—Order, Supreme Court, New York County (Louise Gruner Gans, J.), entered on or about September 23, 1991, unanimously affirmed for the reasons stated by Gans, J., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Milonas, Ellerin and Kassal, JJ.